1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                           **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,           )
                                        )
9           Plaintiff,                  )
                                        )          2:12-CV-883-LDG-(CWH)
10          v.                          )
                                        )
11                                      )
    2000 MERCEDES-BENZ CLK 430          )
12  VIN NO.  WDBLJ70G7YF153739,         )
                                        )
13          Defendant.                  )

14         **ORDER FOR SUMMONS AND WARRANT OF ARREST
               IN REM FOR THE PROPERTY AND NOTICE**
15

16         A Verified Complaint for Forfeiture in Rem arising from a federal statute has been filed by

17 the United States of America, pursuant to Fed. R. Civ. P. Supp. Rule G.  The Court, having reviewed

18 the Complaint, has found probable cause and that the United States has possession of the defendant

19 property; therefore, the clerk shall issue a Summons and Warrant of Arrest in Rem for the Property,

20 pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

21         **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a Summons and Warrant

22 of Arrest in Rem for the Property issue against the property;

23         **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of

24 America seizes, arrests, takes into custody, and retains the 2000 Mercedes-Benz CLK430

25 automobile, Vin No. WDBLJ70G7YF153739;

26 . . .

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all persons claiming an interest in the property must file a verified claim, pursuant to Fed. R. Civ. P. Supp. Rule G(4)(b) and (5), no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the United States's official internet forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person asserting such interest in the property must serve and must file an answer to the United States's Verified Complaint for Forfeiture In Rem or a motion under Rule 12 no later than 21 days after filing the claim, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(b);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claim and the answer must be served on Michael A. Humphreys, Assistant United States Attorney, United States Attorney's Office for the District of Nevada, 333 Las Vegas Blvd. South, Suite 5000, Las Vegas, Nevada 89101, at the times of filing, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(a) and (b);

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States of America on the United States's official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Verified Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest of Property be personally served, or if unable to effect personal service, sent by certified mail, return receipt requested, and regular mail, to all persons claiming an interest in the property;

. . .

. . .

1 **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of
2 America shall file proof of publication and service with the Clerk of this Court.
3 DATED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

3